# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT REA,**

            **Plaintiff,**

**-vs-**                                                          **Case No. 6:04-cv-1629-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 20)**
>
> **FILED:**      **July 12, 2005**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendant Commissioner of Social Security requests that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C.§ 405(g) and §1383(c)(3). She requests a remand so as to allow the Administrative Law Judge the opportunity to obtain vocational expert testimony for the purpose of establishing whether a significant number of jobs exist in the national economy that Plaintiff Robert Rea can perform. Rea does not object to remanding the case for further proceedings.

Because additional findings are needed to make a final determination on the medical evidence, good cause has been shown to remand this case to the Social Security Administration for further proceedings.  Accordingly, the Commissioner's decision is **REVERSED**, the case is **REMANDED** to the Social Security Administration.  The Clerk of Court is directed to enter judgment and, thereafter, to close the file.

**DONE** and **ORDERED** in Orlando, Florida on July 12, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties