# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT REA,**

          Plaintiff,

-vs-                              Case No.  6:04-cv-1629-Orl-22KRS

**COMMISSIONER OF SOCIAL SECURITY,**

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the decision of the Commissioner is reversed and this case is remanded to the Commissioner of Social Security for further proceedings.

Date:   July 13, 2005

                                      SHERYL L. LOESCH, CLERK

                                      s/ *M. Pleicones*, Deputy Clerk